IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**MICHAEL GOLDEN JR.,**

    Petitioner,

vs.                                                                    Case No. 4:07cv77-WS/WCS

**SHERIFF LARRY CAMPBELL,**

    Respondent.

_____/

## REPORT AND RECOMMENDATION TO DISMISS § 2254 PETITION

Petitioner filed a 28 U.S.C. § 2254 petition for writ of habeas corpus with supporting exhibits, and was directed to show cause why his case should not be summarily dismissed. Doc. 1 (petition) and 4 (order) (incorporated herein by reference).

As noted in the order, Petitioner had been transferred or released from the Leon County Jail. Doc. 4, pp. 3-4. The court referenced information, obtained from the website of the Florida Department of Corrections, that Petitioner was somewhere in Tallahassee. *Id.* The court failed to note that Petitioner had filed a notice indicating his transfer from Leon County Jail to Decatur County Jail. Doc. 3. The order was sent by

the clerk to the new address, however, and returned undelivered from the Decatur County Jail. Doc. 5.

Petitioner has presumably been transferred from the Decatur County Jail, and he has not filed a notice of address change. This report and recommendation, which will be sent to the Decatur County Jail as the most recent address, may be returned undelivered as well.

Should Petitioner receive this recommendation, he is advised that the practice of filing petitions and then not pursuing them[1] is improper and results in wasted judicial resources. If, after he files a petition, he no longer wishes to (or needs to) pursue it, he should file a notice of voluntary dismissal.

For the reasons previously stated, and for Petitioner's failure to prosecute, it is respectfully **RECOMMENDED** that this cause be **SUMMARILY DISMISSED WITHOUT PREJUDICE**.

**IN CHAMBERS** at Tallahassee, Florida, on June 25, 2007.

    S/    William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**

---

[1] *See* doc. 4, pp. 2-3 and n. 1 (discussing Petitioner's other case, in which a show cause order was entered and ultimately received by Petitioner, he did not respond, and the case was dismissed for failure to prosecute).

## **NOTICE TO THE PARTIES**

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**