IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MICHAEL GOLDEN, JR.,

  Plaintiff,

v.                      4:07cv77-WS

SHERIFF LARRY CAMPBELL,

  Defendant.

_____

## ORDER OF DISMISSAL

  Before the court is the magistrate judge's report and recommendation (doc. 6) docketed June 25, 2007. The magistrate judge recommends that the case be dismissed for failure to prosecute.

  Upon review of the record, the court has determined that the magistrate judge's report and recommendation should be adopted.

  Accordingly, it is ORDERED:

  1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order of the court.

  2. This case is hereby summarily DISMISSED without prejudice for failure to prosecute.

  3. The clerk is directed to enter judgment accordingly.

DONE AND ORDERED this   11th   day of    July   , 2007.


            s/ William Stafford
            WILLIAM STAFFORD
            SENIOR UNITED STATES DISTRICT JUDGE

Case No. 4:07cv77-WS